1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10

11   PAUL RICHARD FLACCO,

12                                   Petitioner,

13

14       vs.

15

16

17   MATTHEW CATE, Secretary of the
     California Department of Corrections and
18   Rehabilitation,

19                                   Respondent.

20

CASE NO. 09 CV 0114 MMA (NLS)

**ORDER**:

**ADOPTING REPORT AND
RECOMMENDATION;**

[Doc. No. 23]

**OVERRULING PETITIONER'S
OBJECTIONS;**

[Doc. No. 25]

**DENYING PETITION FOR WRIT
OF HABEAS CORPUS**

[Doc. No. 1]

21       Petitioner Paul Richard Flacco, a state prisoner proceeding *pro se*, filed a petition for writ

22   of habeas corpus pursuant to 28 U.S.C. § 2254 [Doc. No. 1] challenging his state court convictions

23   for assault and battery.[1]  Petitioner also challenges the sufficiency of the evidence in support of the

24   great bodily injury enhancement that resulted in three years of Petitioner's six year sentence.

25   Respondent filed an answer to the petition [Doc. No. 18], and Petitioner filed a traverse [Doc. No.

26   20].  Subsequent to the transfer from the Central District of California, the matter was referred to

27

28       [1] Petitioner filed an amended claim on November 21, 2008, which the Court ordered to be
     considered as part of Petitioner's original petition on November 25.  [Doc. Nos. 5, 6.]

1   United States Magistrate Nita L. Stormes for preparation of a Report and Recommendation

2   pursuant to 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule 72.3.

3       Judge Stormes issued a well-reasoned and thorough Report recommending the petition be

4   denied in its entirety.  Petitioner timely filed objections [Doc. No. 25], challenging the findings

5   and conclusions of law set forth in the Report and Recommendation.  Respondent did not file an

6   objection to the Report, or a response to Petitioner's objections.

7       Under 28 U.S.C. § 636(b)(1), in reviewing a magistrate judge's report and

8   recommendation, the district court "shall make a *de novo* determination of those portions of the

9   report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the

10  findings or recommendations made by the magistrate judge."  In the instant case, Petitioner objects

11  to two conclusions contained in the Report: (1) that Petitioner voluntarily waived his right to a jury

12  trial; and (2) that there is sufficient evidence to support the great bodily injury enhancement.  The

13  Court has considered the merits of Petitioner's objections, and overrules them, as the findings and

14  conclusions are amply supported by the record.  Judge Stormes identified the correct legal

15  standards, applied each standard correctly, considered relevant case law, and reached sound

16  conclusions that this Court has no reason to reject.

17      Having reviewed the Report and Recommendation and the files and records herein, the

18  Court **ADOPTS** the Report and Recommendation in its entirety.  Accordingly, the Court **DENIES**

19  the petition and a writ of habeas corpus shall not issue in this case.

20  **CERTIFICATE OF APPEALABILITY**

21      "The district court must issue or deny a certificate of appealability when it enters a final

22  order adverse to the applicant."  Rule 11 foll. 28 U.S.C. § 2254.  A petitioner may not seek an

23  appeal of a claim arising out of a state court detention unless the petitioner first obtains a

24  certificate of appealability from a district judge or a circuit judge under 28 U.S.C. § 2253.  Fed. R.

25  App. Proc. 22(b).  Under 28 U.S.C. § 2253(c)(1), a certificate of appealability will issue only if the

26  petitioner makes a substantial showing of the denial of a constitutional right.

27

28  / / /

For the reasons set forth in the Report and Recommendation, Petitioner has not made a substantial showing of the denial of a constitutional right.  Accordingly, a certificate of appealability should not issue in this action.

**IT IS SO ORDERED.**

DATED:  May 13, 2010

Hon. Michael M. Anello
United States District Judge

09cv114