# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Paul Richard Flacco

                V.                          **JUDGMENT IN A CIVIL CASE**

Matthew Cate

                                        **CASE NUMBER:**    09cv114-MMA(NLS)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation in its entirety.  The Court denies the Petition and a Writ of Habeas shall not issue in this case. A Certificate of Appealability should not issue in this action.

| | |
|---|---|
| May 14, 2010 | W. Samuel Hamrick, Jr. |
| Date | Clerk |
| | s/ L. Hammer |
| | (By) Deputy Clerk |
| | ENTERED ON May 14, 2010 |

09cv114-MMA(NLS)